USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/04

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
ROBERT ROSS et al.,                :
                                       04 Civ. 5723 (WHP)
             Plaintiffs,           :
                                       SCHEDULING ORDER No. 1
     - against -                   :

AMERICAN EXPRESS COMPANY et al.,   :

             Defendants.           :
-------------------------------X
```

WILLIAM H. PAULEY III, District Judge:

  All counsel in this civil action having appeared before the Court for a pretrial conference on December 8, 2004, the following schedule is established on consent of the parties:

1. Defendants shall inform Plaintiffs of any objections to Plaintiffs' use of depositions taken in <u>In re Currency Conversion Fee Antitrust Litigation</u>, MDL 1409, by January 31, 2005;

2. All additional parties shall be joined by February 1, 2005;

3. Any amendments to the pleadings, or an application for an amendment, shall be made by February 1, 2005;

4. Plaintiffs shall file and serve their motion for class certification by February 15, 2005;

5. Defendants shall file and serve their opposition to the motion for class certification by March 22, 2005;

6. Plaintiffs shall file and serve a reply, if any, on the motion for class certification by April 12, 2005;

7. Oral argument on the class certification motion is scheduled for May 13, 2005 at 11:00 a.m.;

8. Plaintiffs' expert reports shall be served by July 15, 2005;

9. All fact discovery shall be completed by August 1, 2005;

10. Plaintiffs are collectively limited to fifteen (15) fact witness depositions;

11. Defendants are collectively limited to fifteen (15) fact witness depositions;

12. The parties shall submit a joint letter to the Court concerning the status of the case, and in particular discovery, by August 15, 2005;

13. Defendants' expert reports shall be served and filed by August 15, 2005;

14. All depositions shall adhere to the seven (7) hour limitation in Fed. R. Civ. P. 30(d)(2);

15. Expert discovery shall be completed by September 30, 2005; and

16. The trial in this action shall commence on January 16, 2006.

Dated:   December 9, 2004
        New York, New York

                      SO ORDERED:

                      _____
                      WILLIAM H. PAULEY III
                           U.S.D.J.