USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ROBERT ROSS et al., :

          Plaintiffs, :

   - against - :

AMERICAN EXPRESS COMPANY et al., :

          Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

04 Civ. 5723 (WHP)

SCHEDULING ORDER No. 6

WILLIAM H. PAULEY III, District Judge:

Counsel for the parties having appeared for a teleconference on April 7, 2009, the following is established on consent of the parties:

   (1) Plaintiffs shall file and serve their motion to consolidate this action with the related action <u>Ross v. Bank of America</u>, 05 Civ. 7116, on April 17, 2009;

   (2) Defendants shall file and serve their opposition on May 1, 2009;

   (3) Plaintiffs shall file and serve their reply on May 8, 2009;

   (4) This Court will hear oral argument on May 20, 2009, at 4:00 p.m.

Dated: April 7, 2009
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Merrill G. Davidoff, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
*Counsel for Plaintiffs*

Evan R. Chesler, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
*Counsel for Defendants*