**SIDLEY**

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

tscarborough@sidley.com
(312)853-2236

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D C

FOUNDED 1866

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/12

September 20, 2012

RECEIVED
SEP 20 2012
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

**By FACSIMILE & FEDEX**
The Honorable William H. Pauley, III
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007-1312

RE: *In re Currency Conversion Fee Antitrust Litigation*, MDL No. 1409, Master File No. M 21-95 (S.D.N.Y.)
This document relates to:
*Ross, et al. v. Bank of America, et al.*, No. 05 CV 07116 (WHP) (S.D.N.Y.)
*Ross, et al. v. American Express Co., et al.*, No. 04-cv-5723-WHP (S.D.N.Y.)

Dear Judge Pauley:

We write jointly on behalf of the Citi, Discover, and American Express Defendants to request an extension of certain remaining deadlines for "Designation of Testimony and Exhibits" in this Court's Pre-Trial Scheduling Order, dated April 18, 2012 ("Scheduling Order," attached hereto for the Court's convenience). The requested extensions will not affect the trial date or any other dates in the Scheduling Order. Defendants have conferred with plaintiffs regarding the requested extensions. Subject to the Court's approval, Defendants request, and plaintiffs have agreed to, the following schedule:

(1) September 20, 2012 deadlines in Sections A.iii. and B.ii. of the Scheduling Order will be extended to September 25, 2012 at 12:00 p.m. EST.

(2) October 5, 2012 deadlines in Sections A.iv. and B.iii. of the Scheduling Order will be extended to October 12, 2012.

(3) October 19, 2012 deadlines in Section B.iv. of the Scheduling Order will be extended to October 26, 2012.

(4) October 26, 2012 deadlines in Section B.v. of the Scheduling Order will be extended to November 2, 2012.

No other dates in the Scheduling Order will be affected by these extensions.


*Application granted.*

SO ORDERED:

_____
WILLIAM H. PAULEY    U.S.D.J.
9/20/12

If your Honor agrees with this extension, would your Honor please indicate "so ordered" on a copy of this letter and file the same with the Clerk?

Respectfully submitted,

Theodore R. Scarborough

cc *(via email)*: All Counsel of Record

9/20/2012 3:42:11 PM CENTRAL TIME    Polk, Lisa    Sidley    PAGE 3
Case 1:04-cv-05723-WHP   Document 287   Filed 09/21/12   Page 3 of 6
Case 1:05-cv-07116-WHP -THK   Document 378   Filed 04/18/12   Page 1 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
IN RE
CURRENCY CONVERSION FEE
ANTITRUST LITIGATION

MDL No. 1409
M 21-95

------------------------------------------------------------- x

THIS DOCUMENT RELATES TO:
ROBERT ROSS, et al.,
           Plaintiffs,
   -against-

BANK OF AMERICA, N.A. (USA), et al.,
           Defendants.

Index No. 05 CV 07116 (WHP)
<u>CLASS ACTION</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/12

------------------------------------------------------------- x

ROBERT ROSS, et al.,
           Plaintiffs,
   -against-

AMERICAN EXPRESS COMPANY, AMERICAN
EXPRESS TRAVEL RELATED SERVICES, INC.
and AMERICAN EXPRESS CENTURION BANK,

           Defendants.

Index No. 04 CV 5723 (WHP)
<u>CLASS ACTION</u>

------------------------------------------------------------- x

### JOINT PRE-TRIAL SCHEDULING ORDER

      The parties in the above-captioned matter have met and conferred regarding a proposed pre-trial schedule. The Court has reviewed the parties' proposed dates and Orders the following:

1.    <u>Designation of Testimony and Exhibits</u>.

      Designations of deposition testimony to be used at trial shall be by page and line. All parties shall identify exhibits in a manner and form so that opposing parties shall have fair notice of the subject

9/20/2012 3:42:27 PM CENTRAL TIME     Polk, Lisa     Sidley     PAGE 4

Case 1:04-cv-05723-WHP   Document 287   Filed 09/21/12   Page 4 of 6
Case 1:05-cv-07116-WHP -THK   Document 378   Filed 04/18/12   Page 2 of 4

exhibit and, where possible, shall provide its bates number. Objections shall reference the Federal Rule(s) of Evidence purportedly supporting the objection. Testimony and exhibits shall be designated, identified and objected-to on the following schedule:

- A. As to *In re Currency Conversion Fee Antitrust Litig.* ("*CCF I*"), Master File No. 21-95, 01-md-1409 (S.D.N.Y.) (Pauley, J.):

    i. On or before July 19, 2012, Plaintiffs shall designate deposition testimony and associated exhibits.

    ii. On or before August 23, 2012, Defendants shall designate deposition testimony and associated exhibits, including counter designations, from the discovery produced in CCF I.

    Also on or before August 23, 2012, Defendants shall object, if at all, to the testimony and associated exhibits designated or listed in paragraph 1.A.i.

    iii. On or before September 20, 2012, Plaintiffs shall serve their reply counter-designations and identify any associated exhibits, and also shall serve objections, with respect to paragraph 1.A.ii above.

    iv. On or before October 5, 2012, Defendants shall serve their reply counter-designations and identify any associated exhibits, and also shall serve objections, with respect to paragraph 1.A.iii above.

- B. Otherwise:

    i. On or before August 23, 2012, Plaintiffs shall designate deposition testimony and associated exhibits from the discovery in *Ross v. American Express Co.*, No. 04-cv-5723 (S.D.N.Y.) (Pauley, J), and *Ross v. Bank of America, N.A. (USA)*, No. 05-cv-7116 (S.D.N.Y.) (Pauley, J.).

    Also on or before August 23, 2012, Plaintiffs shall serve a list identifying all other exhibits that they may use in their case in chief and a list of any witnesses they may call as live witnesses during their case in chief.

    ii. On or before September 20, 2012, Defendants shall designate deposition testimony and associated exhibits, including counter-designations, from the discovery produced in *Ross v. American Express Co.*, No. 04-cv-5723 (S.D.N.Y.) (Pauley, J.), and *Ross v. Bank of America, N.A. (USA)*, No. 05-cv-7116 (S.D.N.Y.) (Pauley, J.).

    Also on or before September 20, 2012, Defendants shall object, if at all, to the testimony and associated exhibits designated or listed in paragraph 1.B.i above.

9/20/2012 3:42:41 PM CENTRAL TIME    Polk, Lisa    Sidley    PAGE 5
Case 1:04-cv-05723-WHP   Document 287   Filed 09/21/12   Page 5 of 6
Case 1:05-cv-07116-WHP-THK   Document 378   Filed 04/18/12   Page 3 of 4

    Also on or before September 20, 2012, Defendants shall serve a list identifying all other exhibits that they may use in their case in chief and shall serve a list of any witnesses they may call as live witnesses during their case in chief

  iii. On or before October 5, 2012, Plaintiffs shall serve their reply counter-designations and identify any associated exhibits, and also shall serve objections, with respect to paragraph 1.B.ii above.

  iv. On or before October 19, 2012, Defendants shall serve their reply counter-designations and identify any associated exhibits, and also shall serve objections, with respect to paragraph 1.B.iii above.

  v. On or before October 26, 2012, the Plaintiffs shall identify their objections with respect to Defendants' reply counter-designations and associated exhibits with respect to paragraphs 1.A.iv and 1.B.iv above.

 C. <u>Indication Regarding Use of Videographic Testimony.</u>

  On or before November 7, 2012, the parties shall indicate which deposition testimony they intend to offer by means of video.

2. <u>Motions *in Limine*, Including *Daubert* Motions</u>

 A. On or before September 10, 2012, the parties shall jointly submit to the Court any proposals for page limits with respect to motions *in limine* (other than *Daubert* motions) that differ from those otherwise provided in the Court's rules, as well as present to the Court any other procedural proposals concerning motions *in limine*.

 B. The parties shall submit their motions *in limine*, including *Daubert* motions, as follows:

  i. October 12, 2012: motions *in limine* due.

  ii. November 9, 2012: responses to motions *in limine* due.

  iii. November 30, 2012: replies, if any, in support of motions *in limine* due.

3. <u>Pre-Trial Order</u>

The parties shall file a joint pre-trial order in compliance with Section VI.A of the Court's Individual Practices by November 28, 2012.

4. <u>Pre-Trial Briefs</u>

The parties shall file the documents set forth in Section VI.B. of the Court's Individual Practices, excepting those in Section VI.B.iii (regarding motions *in limine*) but including pre-trial briefs, by December 14, 2012.

9/20/2012 3:43:01 PM CENTRAL TIME    Polk, Lisa    Sidley    PAGE 6
Case 1:04-cv-05723-WHP   Document 287   Filed 09/21/12   Page 6 of 6
Case 1:05-cv-07116-WHP -THK   Document 378   Filed 04/18/12   Page 4 of 4

5. <u>Pre-Trial Conference</u>     at 11:00 a.m.

The Court shall hold the final pre-trial conference on December 14, 2012, or such other date as the Court may set.

IT IS SO ORDERED.

Dated: April 18, 2012

_____
Honorable William H. Pauley III
U.S.D.J.