UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
IN RE                                            :
                                                 :   MDL NO. 1409
CURRENCY CONVERSION FEE                          :
ANTITRUST LITIGATION                             :   M 21-95
                                                 :
                                                 :
------------------------------------------------------------X
THIS DOCUMENT RELATES TO:                        :   INDEX NO. 04- CV 5723 (WHP)
                                                 :
    ALL ACTIONS.                                 :
                                                 :
                                                 :
                                                 :
                                                 :
------------------------------------------------------------X

**NOTICE OF PLAINTIFFS' MOTION TO APPROVE
THE FINAL DISTRIBUTION OF THE RESIDUAL NET SETTLEMENT FUND
AND FOR AN AWARD OF FEES AND EXPENSES**

PLEASE TAKE NOTICE that upon the Plaintiffs' Motion to Approve the Final Distribution of the Residual Net Settlement Fund and for an Award of Fees and Expenses, Plaintiffs respectfully move this Court for entry of an Order approving the distribution of the Residual Net Settlement Fund, as set forth in the May 2014 Affidavit of Edward J. Radetich, Jr., C.P.A. Regarding Distribution of the Residual Net Settlement Fund, and for an award of reasonable attorneys' fees and expenses to Plaintiffs' Lead Counsel in *AMEX*.

A proposed form of Order is attached as Exhibit A.

1

DATED:  June 4, 2014    Respectfully submitted,

BERGER & MONTAGUE, P.C.
MERRILL G. DAVIDOFF
RUTHANNE GORDON
DAVID A. LANGER


 */s/ Merrill G. Davidoff*
MERRILL G. DAVIDOFF
1622 Locust Street
Philadelphia, PA  19103
Telephone:  215/875-3000
215/875-4604 (fax)

Co-Lead Counsel for Plaintiffs in *CCF I* and
Lead Counsel for Plaintiffs in *American Express*


ROBBINS GELLER RUDMAN
 & DOWD LLP
BONNY E. SWEENEY


 */s/ Bonny E. Sweeney*
BONNY E. SWEENEY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Co-Lead Counsel for Plaintiffs in *CCF I*


kal6641054

2