# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
IN RE                                                       :
                                                            :  MDL NO. 1409
CURRENCY CONVERSION FEE                                     :
ANTITRUST LITIGATION                                        :  M 21-95
                                                            :
                                                            :
------------------------------------------------------------X
THIS DOCUMENT RELATES TO:                                   :  INDEX NO. 04- CV 5723 (WHP)
                                                            :
    ALL ACTIONS.                                            :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------X

**ORDER APPROVING THE FINAL DISTRIBUTION PLAN
AND AWARDING FEES AND EXPENSES**

This Court, having considered Plaintiffs' Motion to Approve the Final Distribution of the Residual Net Settlement Fund and for an Award of Fees and Expenses, having considered all of the submissions and arguments with respect to the motion, and having ruled on the motion, ORDERS as follows:

1. The Court finds that the proposed plan of allocation (the "Final Distribution Plan"), as set forth in the May 2014 Affidavit of Edward J. Radetich, Jr., C.P.A. ("May 2014 Radetich Affidavit"), is fair and reasonable. The Court approves the Final Distribution Plan and orders that it be effected, and retains jurisdiction to supervise the implementation and effectuation of the Final Distribution Plan and this Order.

2. The Residual Net Settlement Fund (approximately $15,031,553.53) consists of $11,986,189.35 from uncashed checks from the distribution of the Aggregate Net Settlement Fund (the "Second Distribution"); plus $4,673,066.01, representing the unused portion of the reserve funds established in connection with the Second Distribution; minus $259,301.20 set

1

aside for administrative costs for the Final Distribution Plan (*i.e.*, printing, postage, bank clearing services and other administrative services), $327,106.36 for a final batch of reissued checks, a $500,000 reserve fund and $541,294.27, representing Lead Counsel's[1] request in *Ross v. American Express Co.* ("*AMEX*"), No. 04-CV-5723 (S.D.N.Y.), for a supplemental award of attorneys' fees and unreimbursed expenses.

3.	The Court approves the creation of a $500,000 reserve fund to cover potential reissues of checks to claimants and any Second Distribution checks which clear after April 15, 2014, to be allocated in the amount of $250,000 each to the *AMEX* and *CCF I* residual settlement funds.

4.	The Court awards to *AMEX* Lead Counsel reasonable and appropriate attorneys' fees in the amount of $_____, for post-fee petition work on appeals and settlement administration in the *AMEX* case.

5.	The Court also approves the reimbursement of $_____ of post-fee petition *AMEX* costs.

6.	The Court finds the Claims Administrator's methodology for calculating the pro-rata distributions to eligible claimants, as set forth in the May 2014 Radetich Affidavit, complies with the requirements of due process, with all claimants having had a full and fair opportunity to present their claims and to be heard in connection with the processing and auditing thereof.

7.	Accordingly, the Court authorizes payment of claims from the Residual Net Settlement Fund for disbursement to the eligible claimants, as set forth in the May 2014 Radetich Affidavit and accompanying exhibits.

---

[1] The term "*AMEX* Lead Counsel" refers to Berger & Montague, P.C. The term "Plaintiffs' Lead Counsel" collectively refers to the lead counsel in the two related MDL 1409 matters, *In re Currency Conversion Fee Antirust Litig.* ("*CCF I*"), MDL No. 1409, Master File No. M21-95 (S.D.N.Y.) and *AMEX*, specifically Berger & Montague, P.C. and Robbins, Geller, Rudman & Dowd LLP.

8. Plaintiffs' Lead Counsel are hereby authorized to distribute the Residual Net Settlement Fund in accordance with this Order and the findings, conclusions and determinations set forth in the May 2014 Radetich Affidavit.

9. The Court directs that the distribution checks issued pursuant to the Final Distribution Plan shall bear the notation "Void after 90 Days," and that no check shall be negotiated more than 270 days (nine months) from the date of this Order.

10. This Court reserves jurisdiction over any matters related to or ancillary to this Order.

Dated: _____
  New York, New York

SO ORDERED:

_____
The Honorable William H. Pauley, III
U.S.D.J.

*Copies to:*
All Counsel of Record

Kal6641054